**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION AT MEMPHIS**

| | | |
|---|---|---|
| **FREE SPEECH COALITION, INC.,** | ) | |
| **DEEP CONNECTION TECHNOLOGIES, INC.,** | ) | |
| **JFF PUBLICATIONS, LLC,** | ) | |
| **PHE, INC., and MELROSE MICHAELS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:24-cv-02933** |
| | ) | **Chief Judge Lipman** |
| **JONATHAN SKRMETTI, in his official capacity as** | ) | **Magistrate Judge Pham** |
| **THE ATTORNEY GENERAL OF TENNESSEE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### RESPONSE TO PLAINTIFFS' MOTION TO PROCEED PSEUDONONYMOUSLY

---

Defendant Tennessee Attorney General Jonathan Skrmetti does not oppose Plaintiffs' Motion to Proceed Pseudonymously, (Sealed Motion, D.E. 5).  On November 26, 2024, Plaintiffs filed the Motion moving this Honorable Court to proceed pseudonymously.  The Attorney General does not oppose that Motion and leaves it to the Court's discretion to grant Plaintiffs' Motion.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Zachary L. Barker*
ZACHARY L. BARKER
Senior Assistant Attorney General
General Litigation Division
B.P.R. No. 035933
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-4098
Zachary.Barker@ag.tn.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice was filed electronically on December 16, 2024.  A true and correct copy of that filing was forwarded on the same day via the Court's CM/ECF system upon the following:

D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
gill@sperleinlaw.om

Gary E. Veazey
JOHNSON GRUSIN KEE & SURPRISE
780 Ridge Lake Boulevard, Ste. 202
Memphis, TN 38119
gveazey@jglawfirm.com

James M. Allen
ALLEN LAW FIRM PLLC
780 Ridge Lake Boulevard, Ste. 202
Memphis, TN 38120-9426
jim@jmallenlaw.com

Edward M. Bearman
780 Ridge Lake Boulevard, Ste. 202
Memphis, TN 38120
ebearman@jglawfirm.com

*/s/ Zachary L. Barker*
ZACHARY L. BARKER
Senior Assistant Attorney General