UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| FREE SPEECH COALITION, INC., <br> DEEP CONNECTION TECHNOLOGIES, INC., <br> JFF PUBLICATIONS, LLC, <br> PHE, INC., and MELROSE MICHAELS, <br><br> Plaintiffs, <br><br> v. <br><br> JONATHAN SKRMETTI, in his official capacity as <br> THE ATTORNEY GENERAL OF TENNESSEE, <br><br> Defendant. | No. 2:24-cv-02933 <br> Chief Judge Lipman <br> Magistrate Judge Pham |

## DEFENDANT'S EMERGENCY NOTICE OF APPEAL

Defendant Jonathan Skrmetti, in his official capacity as Attorney General and Reporter of the State of Tennessee, hereby gives notice of his appeal to the U.S. Court of Appeals for the Sixth Circuit from the district court's December 30, 2024 Order Granting Plaintiffs' Motion for Preliminary Injunction [ECF 38] that enjoins General Skrmetti from enforcing the Protect Tennessee Minors Act, 2024 Tenn. Pub. Acts, ch. 1021, scheduled to take effect January 1, 2025.

Dated: December 30, 2024

Respectfully submitted,

*/s/ J. Matthew Rice*
J. MATTHEW RICE (BPR #040032)
Solicitor General of Tennessee
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-6026
Matt.Rice@ag.tn.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on December 30, 2024 to all counsel of record:

D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
gill@sperleinlaw.com

Jeffery Sandman
WEBB DANIEL FRIEDLANDER LLP
5208 Magazine St.
Suite #364
New Orleans, LA 70115
Jeff.Sandman@webbdaniel.law

Gary E. Veazey
JOHNSON GRUSIN KEE & SURPRISE
780 Ridge Lake Boulevard, Ste. 202
Memphis, TN 38119
gveazey@jglawfirm.com

James M. Allen
ALLEN LAW FIRM PLLC
780 Ridge Lake Boulevard, Ste. 202
Memphis, TN 38120-9426
jim@jmallenlaw.com

Edward M. Bearman
780 Ridge Lake Boulevard, Ste. 202
Memphis, TN 38120
ebearman@jglawfirm.com

*/s/ J. Matthew Rice*
J. MATTHEW RICE (BPR #040032)
Solicitor General of Tennessee
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-6026
Matt.Rice@ag.tn.gov

*Counsel for Defendant*