## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 31, 2024

Mr. Zachary Lewis Barker
Office of the Attorney General
of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Mr. Edward Michael Bearman
Mr. Gary E. Veazey
Law Office
780 Ridge Lake Boulevard
Suite 202
Memphis, TN 38120-9426

Mr. D. Gill Sperlein
Law Office of D. Gill Sperlein
345 Grove Street
San Francisco, CA 94102

Re:  Case No. 24-6158, *Free Speech Coalition, et al v. Jonathan Skrmetti*
     Originating Case No. : 2:24-cv-02933

Dear Counsel,

  This appeal has been docketed as case number **24-6158** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **January 14, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

    Appellant:    Appearance of Counsel
                        Civil Appeal Statement of Parties & Issues
                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

    Appellee:    Appearance of Counsel
                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                Sincerely yours,

                s/Anne C. Brown
                Operations Manager
                Direct Dial No. 513-564-7031

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-6158

FREE SPEECH COALITION, INCORPORATED; DEEP CONNECTION TECHNOLOGIES, INCORPORATED; JFF PUBLICATIONS, LLC; PHE, INCORPORATED; MICHAEL MELROSE

       Plaintiffs - Appellees

v.

JONATHAN THOMAS SKRMETTI

       Defendant - Appellant