UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| FREE SPEECH COALITION, INC., ) <br> DEEP CONNECTION TECHNOLOGIES, INC., ) <br> JFF PUBLICATIONS, LLC, ) <br> PHE, INC., and MELROSE MICHAELS, ) <br>   ) <br>     Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> JONATHAN SKRMETTI, in his official capacity as ) <br> THE ATTORNEY GENERAL OF TENNESSEE, ) <br>   ) <br>     Defendant. ) | No. 2:24-cv-02933 <br> Chief Judge Lipman <br> Magistrate Judge Pham |

### DEFENDANT'S MOTION TO STAY PROCEEDINGS

Defendant Jonathan Skrmetti, Attorney General for the State of Tennessee, moves to stay proceedings in this Court pending the Supreme Court's decision in *Free Speech Coalition v. Paxton*, No. 23-1122 (U.S.), and the Sixth Circuit's decision on Defendant's appeal of the preliminary injunction in this matter, *Free Speech Coalition v. Skrmetti*, No. 24-6158 (6th Cir.). The Supreme Court heard argument in *Paxton* on January 15, 2025, and will likely decide that case in short order. The Sixth Circuit order staying the preliminary injunction explained that the Supreme Court's decision will be instructive here. Stay Opinion, *Free Speech Coalition v. Skrmetti*, No. 24-6158, ECF No. 23, Page 8. Indeed, these proceedings will provide guidance on the applicable standard for reviewing the constitutionality of Protect Tennessee Minors Act. A stay pausing district court proceedings, including further briefing on Defendant's motion to dismiss, will conserve judicial and party resources, without prejudicing Plaintiffs.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Zachary L. Barker*
ZACHARY L. BARKER (BPR #035933)
Senior Assistant Attorney General

ANDREW DENNING (BPR #042208)
Assistant Attorney General

Office of the Tennessee Attorney General
General Litigation Division
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-4098
Zachary.Barker@ag.tn.gov

2

## CERTIFICATE OF CONSULATION

In accordance with Local Rule 7.2(a)(1)(B), undersigned counsel hereby certifies that on January 22, 2025, he consulted with Counsel for Plaintiffs, Jeffrey Sandman, via phone call. Plaintiffs oppose this motion.

*/s/ Zachary L. Barker*
ZACHARY L. BARKER
Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion was filed electronically on January 25, 2025. A true and correct copy of that filing was forwarded on the same day via the Court's CM/ECF system upon the following:

Jeffrey Sandman
WEBB DANIEL FRIEDLANDER, LLP
5208 Magazine St., Suite #364
New Orleans, LA 70115
Jeff.sandman@webbdaniel.law

D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
gill@sperleinlaw.com

Gary E. Veazey
JOHNSON GRUSIN KEE & SURPRISE
780 Ridge Lake Boulevard, Ste. 202
Memphis, TN 38119
gveazey@jglawfirm.com

James M. Allen
ALLEN LAW FIRM PLLC
780 Ridge Lake Boulevard, Ste. 202
Memphis, TN 38120-9426
jim@jmallenlaw.com

Edward M. Bearman
780 Ridge Lake Boulevard, Ste. 202
Memphis, TN 38120
ebearman@jglawfirm.com

                                                  */s/ Zachary L. Barker*
                                                  ZACHARY L. BARKER
                                                  Senior Assistant Attorney General