IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JONATHAN SKRMETTI, in his official capacity as THE ATTORNEY GENERAL OF TENNESSEE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 2:24-cv-02933-SHL-tmp <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER FOR PLAINTIFFS TO SHOW CAUSE**

On April 22, 2025, the Court granted Defendant Jonathan Skrmetti's motion to stay this matter pending the Supreme Court's decision in a similar case, Free Speech Coalition, Inc. v. Paxton, 606 U.S. ---, 2025 WL 1773625 (June 27, 2025).  (ECF No. 55.)  The order directed the parties to file a status update within ten days of the Paxton decision, outlining its effect on Plaintiffs' claims.  (Id. at PageID 984.)  Because the Supreme Court published its opinion on June 27, the parties' status update was due on July 7.  Skrmetti timely filed a report on the day of the deadline, arguing that the Protect Tennessee Minors Act, as recently amended, mirrors the Texas law upheld under intermediate scrutiny in Paxton and thus would survive Plaintiffs' First Amendment challenge.  Plaintiffs never filed a report at all.  Thus, Plaintiffs are **ORDERED TO SHOW CAUSE** by **July 22** for their failure to file a status update, including their position on the impact of Paxton.  Failure to timely respond may result in the Court dismissing their claims.

**IT IS SO ORDERED,** this 15th day of July, 2025.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE
