No. 24-6158

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 4, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| FREE SPEECH COALITION, INCORPORATED, et al., | ) ) ) |
|     Plaintiffs-Appellees, | ) ) |
| v. | )    O R D E R ) |
| JONATHAN THOMAS SKRMETTI, | ) ) |
|     Defendant-Appellant | ) ) |
| ──────────────────────────── | ) |
| STATE OF OHIO, | ) ) |
|     Amicus Curiae. | ) |

Before: SILER, KETHLEDGE, and DAVIS, Circuit Judges.

In this appeal, the Attorney General of Tennessee, Jonathan Thomas Skrmetti, has appealed the district court's preliminary injunction against enforcement of the Protect Tennessee Minors Act ("PTMA"). Our court stayed the injunction during the pendency of this appeal. *Free Speech Coal., Inc. v. Skrmetti*, No. 24-6158, 2025 WL 512049 (6th Cir. Jan. 13, 2025). In the meantime, the Supreme Court has upheld a Texas statute that the Court described as "materially similar" to the one at issue here. *Free Speech Coalition, Inc. v. Paxton*, 606 U.S. __, 145 S. Ct. 2291, 2300 & n.2 (2025). The state has also since amended the PTMA, the Attorney General says, to track "the definitional language at issue in *Paxton* almost word for word." Appellant's Mot. 1.

Now the Attorney General has moved to vacate the district court's injunction and remand the case for proceedings consistent with *Paxton*. Appellees, for their part, agree that we should remand the case to the district court. But they suggest we do so without vacating the district court's injunction, since, they say, they have moved in the district court to withdraw their motion for an injunction.

We **GRANT** the Attorney General's motion, **VACATE** the district court's injunction, and **REMAND** the case to the district court for proceedings consistent with *Paxton*. Neither party has shown that the pending appeal is actually moot. But as a practical matter, everyone agrees, we should remand the case to the district court to adjudicate, in the first instance, any issues remaining in the case's new legal landscape. And given that we remand because "the relevant legal inquiry" has changed during the pendency of the appeal, we vacate the district court's preliminary injunction. *Fair Hous. Ctr. of Metro. Detroit v. Singh Senior Living, LLC*, 124 F.4th 990, 993 (6th Cir. 2025) (cleaned up).

The clerk is directed to serve this order on the district court in addition to counsel of record.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 04, 2025

Mr. James Matthew Rice
Office of the Attorney General
of Tennessee
500 Dr. Martin L. King Boulevard
Suite 3214
Nashville, TN 37219

Mr. D. Gill Sperlein
Foundation for Individual Rights in Education
General Counsel
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Re: Case No. 24-6158
*Free Speech Coalition, et al v. Jonathan Skrmetti*
Originating Case No. 2:24-cv-02933

Dear Counsel,

The Court issued the enclosed Order today in this case. Judgment to follow.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Jill
Direct Dial No. 513-564-7024

cc: Mr. James M. Allen
    Mr. Zachary Lewis Barker
    Mr. Edward Michael Bearman
    Ms. Wendy R. Oliver
    Ms. Mathura Jaya Sridharan
    Mr. Gary E. Veazey

Enclosure

No mandate to issue