## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 19, 2025

Ms. Wendy R. Oliver
U.S. District Court
for the Western District of Tennessee
167 N. Main Street
Room 242
Memphis, TN 38103

      Re:    Case No. 24-6158, *Free Speech Coalition, et al v. Jonathan Skrmetti*
                 Originating Case No. 2:24-cv-02933

Dear Ms. Oliver,

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Kelly Stephens
                                        Case Management Specialist: Jill

cc:  Mr. James M. Allen
      Mr. Zachary Lewis Barker
      Mr. Edward Michael Bearman
      Mr. James Matthew Rice
      Mr. D. Gill Sperlein
      Ms. Mathura Jaya Sridharan
      Mr. Gary E. Veazey

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-6158

_____

Filed: November 19, 2025

FREE SPEECH COALITION, INCORPORATED; DEEP CONNECTION TECHNOLOGIES, INCORPORATED; JFF PUBLICATIONS, LLC; PHE, INC.; MELROSE MICHAELS

    Plaintiffs - Appellees

v.

JONATHAN THOMAS SKRMETTI

    Defendant - Appellant

------------------------------

STATE OF OHIO

    Amicus Curiae

## MANDATE

   Pursuant to the court's disposition that was filed 11/04/2025 the mandate for this case hereby issues today.

 COSTS:  None