## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |
|---|---|
| Free Speech Coalition, Inc.; Deep Connection Technologies, Inc.; JFF Publications, LLC; PHE, Inc.; and Melrose Michael,<br><br>        Plaintiff,<br><br>                v.<br><br>Jonathan Skrmetti, in his official capacity as the Attorney General of Tennessee<br><br>        Defendant. | Case No. 2:24-cv-02933-SHL-tmp |

## MOTION TO WITHDRAW AS COUNSEL

Under Local Rule 83.5, James Matthew Rice hereby moves this Court to withdraw as counsel for the defendant because he is leaving the Office of the Tennessee Attorney General.

The defendant will be represented by the following counsel, all of whom have noticed an appearance in this action:

- **Senior Assistant Attorney General Zachary Lewis Barker**
  Office of the Tennessee Attorney General
  P.O. Box 20207, Nashville, TN 37202-0207

- **Assistant Attorney General Andrew Dylan Denning**
  Office of the Tennessee Attorney General
  P.O. Box 20207, Nashville, TN 37202-0207

- **Senior Assistant Attorney General David M. Rudolph**
  Office of the Tennessee Attorney General
  40 South Main Street, Memphis, TN 38103-1877

The plaintiffs consent to this motion.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ James Matthew Rice*

JAMES MATTHEW RICE (BPR#040032)
  *Solicitor General*
OFFICE OF THE TENNESSEE
ATTORNEY GENERAL
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-6026
Matt.rice@ag.tn.gov

*Counsel for Defendant*

## CERTIFICATE OF CONSULTATION

In accordance with Local Rule 7.2(a)(1)(B), undersigned counsel hereby certifies that on May 12, 2026, he consulted via email with counsel for Plaintiffs, Edward M. Bearman, about the plaintiffs' position on this motion.  On May 12, 2026, Mr. Bearman responded to the undersigned counsel via email that the plaintiffs consent to this motion.

/s/ *James Matthew Rice*

James Matthew Rice (BPR#040032)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing was filed and served by operation

of the Court's electronic filing system on May 13, 2026, upon:

D Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
415-404-6615
Fax: 415-404-6616
gill@sperleinlaw.com

Jeffrey Sandman
WEBB DANIEL FRIEDLANDER LLP
5208 Magazine St.
Suite #364
New Orleans, LA 70115
978-886-0639
jeff@sandman-law.com

Gary E. Veazey
JOHNSON, GRUSIN,
KEE & SURPRISE
780 Ridge Lake Boulevard
Ste. 202
Memphis, TN 38119
901-682-3450
gveazey@jglawfirm.com

James M. Allen
ALLEN LAW FIRM PLLC
780 Ridge Lake Blvd.
Ste 202
Memphis, TN 38120-9426
jim@jmallenlaw.com

Edward M. Bearman
780 Ridge Lake Blvd.
Ste. 202
Memphis, TN 38120
901-682-3450
ebearman@jglawfirm.com

*/s/ James Matthew Rice*
James Matthew Rice (BPR#040032)