**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN SKRMETTI, in his official capacity as THE ATTORNEY GENERAL OF TENNESSEE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:24-cv-02933-SHL-tmp |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE**

Before the Court is Defendant Jonathan Skrmetti's Unopposed Motion for Extension of Time to File a Response, filed September 25, 2026. (ECF No. 80.) The current deadline for Defendant to file a responsive pleading to Plaintiff's Amended Complaint is September 29, 2026. Defendant seeks a two-week extension. As Defendant's stylization of the motion indicates, Plaintiffs do not oppose an extension.

"When an act may or must be done within a specified time, the [C]ourt may, for good cause, extend the time." Fed. R. Civ. P. 6(b)(1). Defendant's cause for requesting an extension is his office's busy schedule over the coming weeks, including a state-court hearing on multiple motions set for September 29, 2026. (Id. at PageID 1233.) Modifying deadlines is strongly disfavored, and Defendant should make every effort to avoid making similar requests in the future.

In this instance, and for good cause shown, Defendant's motion is **GRANTED**. Defendant shall file a responsive pleading to the Amended Complaint on or before October 13, 2026.

**IT IS SO ORDERED**, this 28th day of September, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE